**Fill in this information to identify your case:**

Debtor _____
         First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse If filing) First Name  Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
 (If known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|     | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|-----|---|---|
| 2.1 | Name _____ <br> Number   Street _____ <br> City         State    ZIP Code | |
| 2.2 | Name _____ <br> Number   Street _____ <br> City         State    ZIP Code | |
| 2.3 | Name _____ <br> Number   Street _____ <br> City         State    ZIP Code | |
| 2.4 | Name _____ <br> Number   Street _____ <br> City         State    ZIP Code | |
| 2.5 | Name _____ <br> Number   Street _____ <br> City         State    ZIP Code | |

Official Form 106G                Schedule G: Executory Contracts and Unexpired Leases                page 1 of ___

Debtor 1 _____
   First Name  Middle Name  Last Name

Case number (*if known*)_____

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

2._  
_____  
Name  
_____  
Number Street  
_____  
City   State ZIP Code

Official Form 106G  Schedule G: Executory Contracts and Unexpired Leases  page ___ of ___